UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
AUGUST 1 00 PM '00

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL DOCKET NO. |
| v. | : | 3:00CR167 DJS |
| TERRYL RILEY, RESHAWN CHAMPION, CORENDIS BONNER, ROBIN MCDOWELL, DAVID HONEGAN, LONDELL DAVENPORT, SHATINA PARKER, ANTWAN ANDRADE, NICOLE SMALLS | : | VIOLATIONS: Counts One through Twenty 18 U.S.C. § 1344 (Bank Fraud) and Count Twenty-One 18 U.S.C. § 371 (Conspiracy) |

INDICTMENT

The Grand Jury charges that:

GENERAL ALLEGATIONS

1.   At all times relevant to this indictment, Fleet Bank, N.A. ("Fleet Bank") was a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation.

2.   From in or about June 1998 through in or about September, 1999, the defendants **TERRYL RILEY, RESHAWN CHAMPION, CORENDIS BONNER, DAVID HONEGAN, LONDELL DAVENPORT, SHATINA PARKER, ANTWAN ANDRADE, NICOLE SMALLS** and **ROBIN MCDOWELL** knowingly devised and executed a scheme to defraud Fleet Bank and to obtain monies and funds under the custody and control of Fleet Bank by means of false and fraudulent pretenses, representations and promises.

3.   It was a part of the scheme and artifice described herein, that on or about the dates indicated below, the defendants listed below obtained Connecticut Department of Motor Vehicle Identification Cards under the false and fraudulent names listed below.

| DATE | TRUE NAME | FALSE NAME PROVIDED TO DMV |
|---|---|---|
| 12-12-98 | Reshawn Champion | Christopher Baskerville |
| 12-16-98 | David Honegan | Dexter P. Grant |
| 12-19-98 | Terryl Riley | Tyrone Stevenson |
| 12-23-98 | Londell Davenport | Mauricio Sanchez |
| 1-8-99 | Antwan Andrade | Trevorn Coleye |
| 1-22-99 | Nicole Smalls | Yolonda Jourdan |
| 2-24-99 | Reshawn Champion | Franklin Smith |
| 7-16-99 | Antwan Andrade | Karl D. Brown |
| 7-16-99 | Terryl Riley | Terry Y. Baez |
| 8-21-99 | Reshawn Champion | Gordon Crockett |

4. It was further a part of the scheme and artifice described herein, that **CORENDIS BONNER** and **TERRYL RILEY** utilized computers to create counterfeit checks drawn on genuine accounts held at Fleet Bank, supplied the counterfeit checks to **RESHAWN CHAMPION, DAVID HONEGAN, LONDELL DAVENPORT, SHATINA PARKER, ANTWAN ANDRADE, NICOLE SMALLS, ROBIN MCDOWELL** and others known and unknown to the Grand Jury, and, in some instances, accompanied **RESHAWN CHAMPION, DAVID HONEGAN, LONDELL DAVENPORT, SHATINA PARKER, ANTWAN ANDRADE, NICOLE SMALLS** and **ROBIN MCDOWELL** to Fleet Bank to cash the checks.

5. It was further a part of the scheme and artifice described herein, that **TERRYL RILEY, RESHAWN CHAMPION, DAVID HONEGAN, LONDELL DAVENPORT, SHATINA PARKER, ANTWAN ANDRADE,**

**NICOLE SMALLS, ROBIN MCDOWELL** presented the counterfeit checks for payment at various branches of Fleet Bank in the District of Connecticut.

<u>COUNTS ONE THROUGH FIVE</u>
(Terryl Riley)

6. Paragraphs one through five of the General Allegations are realleged and incorporated herein.

7. From June 1998 through September 1999, in the District of Connecticut, the defendant **TERRYL RILEY**, did knowingly and willfully execute the scheme described herein, in that, on or about the dates listed below, **TERRYL RILEY**, presented counterfeit and forged checks, in the amounts listed below at various Fleet Bank locations knowing that the checks were counterfeit and that he was not entitled to payment. Each separate presentment of a check constitutes a separate execution and count of this Indictment.

| Count | Date | Payee Name | Payor | Amount of Check |
|---|---|---|---|---|
| 1. | 1-28-99 | Tyrone Stevenson | State Labor Department | $485.00 |
| 2. | 4-7-99 | Tyrone Stevenson | PNN Enterprises | $498.07 |
| 3. | 8-3-99 | Terry Baez | JOBPRO Temporary Services, Inc. | $498.08 |
| 4. | 9-2-99 | Terryl Riley | Pizza Hut | $494.88 |

| Count | Date | Payee Name | Payor | Amount of Check |
|---|---|---|---|---|
| 5. | 9-13-99 | Terryl Riley | Connecticut Staffing Services | $497.98 |

All in violation of Title 18, United States Code, Section 1344.

### COUNTS SIX THROUGH EIGHT
### (Reshawn Champion)

8. Paragraphs one through five of the General Allegations are realleged and incorporated herein.

9. From December 1998 through September 1999, in the District of Connecticut, the defendant **RESHAWN CHAMPION**, did knowingly and willfully execute the scheme described herein, in that, on or about the dates listed below, **RESHAWN CHAMPION**, presented counterfeit and forged checks, in the amounts listed below at various Fleet Bank locations knowing that the checks were counterfeit and that he was not entitled to payment. Each separate presentment of a check constitutes a separate execution and count of this Indictment.

| Count | Date | Payee Name | Payor | Amount of Check |
|---|---|---|---|---|
| 6. | 1-27-99 | Christopher Baskerville | State Labor Department | $486.99 |
| 7. | 8-3-99 | Franklin Smith | JOBPRO Temporary Services, Inc. | $498.09 |

| Count | Date | Payee Name | Payor | Amount of Check |
|---|---|---|---|---|
| 8. | 9-13-99 | Gordon Crockett | Connecticut Staffing Services | $780.31 |

All in violation of Title 18, United States Code, Section 1344.

### COUNT NINE
### (Robin McDowell)

10. Paragraphs one through five of the General Allegations are realleged and incorporated herein.

11. From February 1999 through May 1999, in the District of Connecticut, the defendant **ROBIN MCDOWELL**, did knowingly and willfully execute the scheme described herein, in that, on or about the date listed below, **ROBIN MCDOWELL**, presented a counterfeit and forged check, in the amount listed below at a Fleet Bank location in Hartford, Connecticut, knowing that the check was counterfeit and that she was not entitled to payment.

| Count | Date | Payee Name | Payor | Amount of Check |
|---|---|---|---|---|
| 9. | 2-24-99 | Tasha Armstrong | Medspan, Inc. | $1597.00 |

All in violation of Title 18, United States Code, Section 1344.

### COUNTS TEN AND ELEVEN
### (Nicole Smalls)

12. Paragraphs one through five of the General Allegations are realleged and incorporated herein.

13. From January 1999 through May 1999, in the District of Connecticut, the defendant **NICOLE SMALLS**, did knowingly and willfully execute the scheme described herein, in that, on or about the dates listed below, **NICOLE SMALLS**, presented counterfeit and forged checks, in the amounts listed below at various Fleet Bank locations knowing that the checks were counterfeit and that she was not entitled to payment. Each separate presentment of a check constitutes a separate execution and count of this Indictment in the amounts set forth below:

| Count | Date | Payee Name | Payor | Amount of Check |
|---|---|---|---|---|
| 10. | 2-22-99 | Yolonda Jourdon | Autoworld Automotive Superstore, Inc. | $998.54 |
| 11. | 2-23-99 | Yolonda Jourdan | Autoworld Automotive Superstore, Inc. | $2,200.54 |

All in violation of Title 18, United States Code, Section 1344.

### COUNTS TWELVE THROUGH FOURTEEN
(Antwan Andrade)

14. Paragraphs one through five of the General Allegations are realleged and incorporated herein.

15. From January 1999 through September 1999, in the District of Connecticut, the defendant **ANTWAN ANDRADE**, did knowingly and willfully execute the scheme described herein, in that, on or about the dates listed below, **ANTWAN ANDRADE**, presented counterfeit and forged checks, in the amounts listed below at various Fleet Bank

locations knowing that the checks were counterfeit and that he was not entitled to payment. Each separate presentment of a check constitutes a separate execution and count of this Indictment in the amounts set forth below:

| Count | Date | Payee Name | Payor | Amount of Check |
|---|---|---|---|---|
| 12. | 1-27-99 | Trevorn Coleye | State Labor Department | $438.09 |
| 13. | 2-20-99 | Trevorn Coleye | Autoworld Automotive Superstore, Inc. | $878.37 |
| 14. | 8-3-99 | Karl Brown, Jr. | JOBPRO Temporary Services, Inc. | $437.09 |

All in violation of Title 18, United States Code, Section 1344.

### COUNTS FIFTEEN THROUGH SEVENTEEN
### (Shatina Parker)

16. Paragraphs one through five of the General Allegations are realleged and incorporated herein.

17. From January 1999 through September 1999, in the District of Connecticut, the defendant **SHATINA PARKER**, did knowingly and willfully execute the scheme described herein, on or about the dates listed below, **SHATINA PARKER**, presented a counterfeit and forged check, in the amount listed below at various Fleet Bank locations, knowing that the checks were counterfeit and that she was not entitled to payment. Each separate presentment of a check constitutes a separate execution and count of this Indictment in the amounts set forth below:

| Count | Date | Payee Name | Payor | Amount of Check |
|-------|------|------------|-------|-----------------|
| 15. | 8-3-99 | Shatina Parker | JOBPRO Temporary Services, Inc. | $545.87 |
| 16. | 9-2-99 | Shatina Parker | Pizza Hut | $498.77 |
| 17. | 9-14-99 | Shatina Parker | Connecticut Staffing Services | $899.23 |

All in violation of Title 18, United States Code, Section 1344.

### COUNTS EIGHTEEN AND NINETEEN
#### (David Honegan)

18. Paragraphs one through five of the General Allegations are realleged and incorporated herein.

19. From December 1998 through May 1999, in the District of Connecticut, the defendant **DAVID HONEGAN**, did knowingly and willfully execute the scheme described herein, in that, on or about the dates listed below, **DAVID HONEGAN**, presented a counterfeit and forged check, in the amounts listed below at various Fleet Bank locations, knowing that the checks were counterfeit and that he was not entitled to payment. Each separate presentment of a check constitutes a separate execution and count of this Indictment in the amounts set forth below:

| Count | Date | Payee Name | Payor | Amount of Check |
|-------|------|------------|-------|-----------------|
| 18. | 1-28-99 | Dexter Grant | State Labor Department | $718.22 |

| Count | Date | Payee Name | Payor | Amount of Check |
|---|---|---|---|---|
| 19. | 4-7-99 | Dexter Grant | PNN Enterprises | $499.32 |

All in violation of Title 18, United States Code, Section 1344.

### COUNT TWENTY
### (Londell Davenport)

20. Paragraphs one through five of the General Allegations are realleged and incorporated herein.

21. From December 1998 through May, 1999, in the District of Connecticut, the defendant **LONDELL DAVENPORT**, did knowingly and willfully execute the scheme described herein, in that, on or about the dates listed below, **LONDELL DAVENPORT**, presented a counterfeit and forged check, in the amount listed below at a Fleet Bank location in Hartford, Connecticut, knowing that the check was counterfeit and that he was not entitled to payment.

| Count | Date | Payee Name | Payor | Amount of Check |
|---|---|---|---|---|
| 20. | 1-27-99 | Mauricio Sanchez | State Labor Department | $459.66 |

All in violation of Title 18, United States Code, Section 1344.

### COUNT TWENTY ONE
### (Conspiracy)

22. Paragraphs one through five of the General Allegations are realleged and incorporated herein.

23. From in or about June, 1998 and continuing to in or about

September, 1999, in the District of Connecticut, **TERRYL RILEY, RESHAWN CHAMPION, CORENDIS BONNER, DAVID HONEGAN, LONDELL DAVENPORT, SHATINA PARKER, ANTWAN ANDRADE, NICOLE SMALLS, ROBIN MCDOWELL,** and others known and unknown to the Grand Jury, knowingly and willfully combined, conspired, confederated and agreed together and with each other to commit offenses against the United States, that is, to commit acts constituting a violation of Title 18 United States Code, Section 1344.

## OVERT ACTS

24. In furtherance of the conspiracy and to effect the objects of the conspiracy, on or about the dates listed below, the defendants listed below caused the following Overt Acts, among others, to take place by presenting and cashing forged and counterfeit checks at various Fleet Bank locations in the District of Connecticut.

| Overt Act No | Date | Defendant(s) | Payee Name | Bank Account Holder | Amount of Checks |
|---|---|---|---|---|---|
| 1. | 1-27-99 | Londell Davenport | Mauricio Sanchez | State Labor Department | $459.66 |
| 2. | 1-27-99 | Reshawn Champion | Christopher Baskerville | State Labor Department | $486.99 |
| 3. | 1-27-99 | Antwan Andrade | Trevorn Coleye | State Labor Department | $438.09 |
| 4. | 1-28-99 | Terryl Riley | Tyrone Stevenson | State Labor Department | $485.00 |
| 5. | 1-28-99 | David Honegan | Dexter Grant | State Labor Department | $718.22 |
| 6. | 2-20-99 | Antwan Andrade | Trevorn Coleye | Autoworld Automotive Superstore, Inc. | $878.37 |

| Overt Act No | Date | Defendant(s) | Payee Name | Bank Account Holder | Amount of Checks |
|---|---|---|---|---|---|
| 7. | 2-22-99 | Nicole Smalls | Yolonda Jourdon | Autoworld Automotive Superstore, Inc. | $998.54 |
| 8. | 2-23-99 | Nicole Smalls and Corendis Bonner | Yolonda Jourdon | Autoworld Automotive Superstore, Inc. | $2,200.54 |
| 9. | 2-24-99 | Robin McDowell | Tasha Armstrong | Medspan, Inc. | $1,597.00 |
| 10. | 4-7-99 | Terryl Riley | Tyrone Stevenson | PNN Enterprises | $498.07 |
| 11. | 4-7-99 | David Honegan | Dexter Grant | PNN Enterprises | $499.32 |
| 12. | 8-3-99 | Antwan Andrade | Karl D. Brown | Job Pro Temporary Services, Inc. | $437.09 |
| 13. | 8-3-99 | Terryl Riley | Terry Baez | Job Pro Temporary Services, Inc. | $498.08 |
| 14. | 8-3-99 | Reshawn Champion | Franklin Smith | JobPro Temporary Services, Inc. | $498.09 |
| 15. | 8-3-99 | Shatina Parker | Shatina Parker | JobPro Temporary Services, Inc. | $545.87 |
| 16. | 9-2-99 | Shatina Parker | Shatina Parker | Pizza Hut | $498.77 |
| 17. | 9-2-99 | Terryl Riley | Terryl Riley | Pizza Hut | $494.88 |
| 18. | 9-13-99 | Reshawn Champion | Gordon Crockett | Connecticut Staffing Services | $780.31 |

| Overt Act No. | Date | Defendant(s) | Payee Name | Bank Account Holder | Amount of Checks |
|---|---|---|---|---|---|
| 19. | 9-13-99 | Terryl Riley | Terryl Riley | Connecticut Staffing Services | $497.98 |
| 20. | 9-14-99 | Shatina Parker | Shatina Parker | Connecticut Staffing Services | $899.23 |

All in violation of Title 18 United States Code Section 371.

A TRUE BILL:

_____
FOREPERSON

_____
STEPHEN C. ROBINSON
UNITED STATES ATTORNEY

_____
RONALD S. APTER
SUPERVISORY ASSISTANT
UNITED STATES ATTORNEY

_____
NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY