# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. ROBIN MCDOWELL                                           Docket No. 3:00CR00167(DJS)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Bunita B. Keyes, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of ROBIN MCDOWELL who was sentenced to 24 months for a violation of 18 U.S.C. § 371 by the Honorable Dominic J. Squatrito sitting in the court at Hartford, Connecticut on April 24, 2001 who fixed the period of supervision at three years which commenced on December 18, 2002 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the United States Probation Office, which may include random urinalysis. The defendant shall pay all, or a portion of, the costs associated with such program, based on her ability to pay, as determined by the Probation Office; 2) The defendant shall pay restitution in the amount of $10,840.69, of such amount she is jointly and severally liable with co-defendant Corendis Bonner, for $3,126.67 and individually liable for the balance. Payments shall be made at a rate of $50 per month, commencing on June 1, 2003 and continuing on the first of every month thereafter or as otherwise instructed by the court should the defendant's financial condition change; and 3) The defendant shall use all due diligence to maintain employment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1- Standard condition No. 1:** "You shall not commit another federal, state, or local crime. You shall not illegally possess a controlled substance." On October 22, 2004, the Farmington Police Department arrested Mrs. McDowell and charged her with Attempted Larceny 4th Degree, Less than $500 on a Revoked Credit Card, Interfering with the Police and Identity Theft. The case is pending at Hartford Superior Court. Jury selection has been scheduled on March 2, 2005.
**Charge No. 2- Standard Condition No. 13:** "You shall notify the probation officer within the seventy-two hours of being arrested or questioned by a law enforcement officer." Mrs. McDowell failed to report the arrest as directed.
**Charge No. 3 - Standard Condition No. 3:** "You shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month." Mrs. McDowell has not reported in person since June 8, 2004. There have been several telephone contacts by Ms. McDowell up until September 28, 2004.
**Charge No. 4 - Special Condition -** The defendant shall pay restitution in the amount of $10,840.69 of such amount she is jointly and severally liable with co-defendant Corendis Bonner, for $3,126.67 and individually liable for the balance. Payments shall be made at a rate of $50 per month, commencing on June 1, 2003 and continuing on the first of every month thereafter or as otherwise instructed by the court should the defendant's financial condition change. Over the course of supervision, Mrs. McDowell has paid $55.
**Charge No. 5 - Standard Condition No. 7 -** "You shall notify the probation officer ten days prior to any change in residence or employment." On December 4, 2004, co-workers at J.C. Penney's in Farmington, Connecticut advised that Mrs. McDowell no longer works at J.C. Penney's. In addition, a certified letter dated December 15, 2004 was returned on January 12, 2005 after being unclaimed by Mrs. McDowell. The postal service tried to deliver the letter to the defendant's address in West Hartford on December 16, 21, and 31, 2004. Robin McDowell's whereabouts are unknown and she is believed to be an absconder from supervision.

**PRAYING THAT THE COURT WILL ORDER** a warrant be issued with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 28th day of January, 2005, and ordered filed and made a part of the records in the above case.

_____
Dominic J. Squatrito
United States District Judge

Sworn to By

_____
Bunita B. Keyes
United States Probation Officer

Place  Hartford

Date  January 28, 2005

Before me, the Honorable Dominic J. Squatrito, United States District Judge, on this ____ day of January, 2005 at _____, U.S. Probation Officer Bunita B. Keyes appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

_____
The Honorable Dominic J. Squatrito
United States District Judge